UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HERMANN BUSS KG MS "ELBE TRADER"
GMBH & CO.,

                          Plaintiff,

          - against -

T.S. LINES LTD.,

                          Defendant.
------------------------------------------------------------X

08 Civ. 5309 (GBD)(AJP)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that HERMANN BUSS KG MS "ELBE TRADER" GMBH & CO. is a private (non-governmental) entity, which is not owned by a publicly held corporation, and that Große Bleichen Schiffahrts Beteiligungs GmbH, Leer is an interested parent corporation.

Dated: New York, New York
       June 10, 2008

                                          CONDON & FORSYTH LLP

                                          By: _____
                                                Lili F. Beneda (LB 1879)
                                                7 Times Square, 18th Floor
                                                New York, New York 10036
                                                Telephone: (212) 894-6778
                                                Facsimile: (212) 597-6721