```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
HERMANN BUSS KG MS "ELBE TRADER"
GMBH & CO.,

                        Plaintiff,

                - against -

T.S. LINES LTD.,

                        Defendant.
------------------------------------------------------X

08 Civ. 5309 (GBD)

**ORDER APPOINTING SPECIAL
PROCESS SERVER TO SERVE *EX
PARTE* ORDERS OF PROCESS OF
MARITIME ATTACHMENT**

An application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, good cause having been shown, it is hereby

ORDERED, that Lili F. Beneda, or a partner, associate, agent or paralegal of Condon & Forsyth, LLP and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure upon and garnishee(s) who may hold tangible or intangible property belonging to or claimed by or being held for defendant, and the Order of Maritime Attachment and Information Subpoena may be served by way of facsimile transmission or alternative electronic means as provided by the Ex Parte Order for Process of Maritime Attachment.

Dated: New York, New York
       June ___, 2008

                                               _____
                                               U.S.D.J

                                         **HON. GEORGE B. DANIELS**