UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

HERMANN BUSS KG MS "ELBE TRADER"    :
GMBH & CO.,    :
     :    08-CV-5309 (GBD)
                 Plaintiff,    :
     :    **MOTION TO ADMIT COUNSEL**
   - against -    :    **PRO HAC VICE**
     :
T.S. LINES LTD.,    :
     :
            Defendant.    :
     :

-------------------------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern District of New York, I, LILI F. BENEDA, a member in good standing

of the bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Michael J. Nicaud |
| Firm Name: | Galloway, Johnson, Tompkins, Burr & Smith |
| Address: | One Shell Square, 701 Poydras Street, 40th Floor |
| City/State/Zip: | New Orleans, Louisiana 70139 |
| Phone Number: | (504) 525-6802 |
| Fax Number: | (504) 525-2456 |

Michael J. Nicaud is a member in good standing of the Supreme Court of Louisiana.  There are

no pending disciplinary proceedings against Michael J. Nicaud in any State or Federal Court.

Dated: June 17, 2008
New York, New York

                                Respectfully submitted,

                                CONDON & FORSYTH LLP

                                By: _____
                                   Lili F. Beneda (LB 1879)
                                7 Times Square, 18th Floor
                                New York, New York 10036
                                Telephone:  (212) 894-6778
                                Facsimile:  (212) 597-6721

                                Attorneys for Plaintiff
                                *HERMANN BUSS KG MS*
                                *"ELBE TRADER" GMBH & CO.*

cc: (Via Mail, E-mail & Facsimile)

    Jason Waguespack, Esq.
    Michael J. Nicaud, Esq.
    Galloway, Johnson, Tompkins, Burr & Smith
    One Shell Square, 701 Poydras Street, 40th Floor
    New Orleans, Louisiana 70139
    Attorneys for Plaintiff,
    *HERMANN BUSS*
    *KG MS "ELBE TRADER" GMBH & CO.*
    Tel: 504-525-6802
    Fax: 504-525-2456
    E-mail: jwaguespack@gjtbs.com & mnicaud@gjtbs.com

cc: (Via Mail)

    T.S. Lines Ltd.
    Room 1111, 11/F
    Cosco Tower
    Grand Millennium Plaza
    183 Queen's Road
    Central, Hong Kong

## AFFIDAVIT OF SERVICE BY MAIL, E-MAIL AND FACSIMILE

STATE OF NEW YORK     )
                             ) ss:

COUNTY OF NEW YORK   )

       Elizabeth Torres, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Hopewell Junction, New York.  That on the 17th day of June, 2008 deponent served the within **MOTION TO ADMIT MICHAEL J. NICAUD PRO HAC VICE** upon:

Jason Waguespack, Esq.
Michael J. Nicaud, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Fl.
New Orleans, Louisiana 70139
Attorneys for Plaintiff
*HERMANN BUSS*
*KG MS "ELBE TRADER" GMBH & CO.*
Tel:  504-525-6802
Fax:  504-525-2456
E-mail:  jwaguespack@gjtbs.com &
mnicaud@gjtbs.com

at the addresses designated by said attorneys for that purpose by depositing same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York; as well as transmitting the papers via facsimile/e-mail to the facsimile/e-mail above.

                                            Elizabeth Torres

Sworn to before me this
17th day of June, 2008

Notary Public

MARY ANN ROONEY
NOTARY PUBLIC, State of New York
No. 31-4672706
Qualified in Queens County
Commission Expires May 31, 2010

## AFFIDAVIT OF SERVICE VIA REGULAR MAIL

STATE OF NEW YORK    )
                              ) ss:
COUNTY OF NEW YORK  )

       Elizabeth Torres, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Hopewell Junction, New York. That on the 17th day of June, 2008 deponent served the within **MOTION TO ADMIT MICHAEL J. NICAUD PRO HAC VICE** upon:

T.S. Lines Ltd.
Room 1111, 11/F
Cosco Tower
Grand Millennium Plaza
183 Queen's Road
Central, Hong Kong

at the addresses designated by said attorneys for that purpose by depositing same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                            Elizabeth Torres

Sworn to before me this
17th day of June, 2008

Notary Public

MARY ANN ROONEY
NOTARY PUBLIC, State of New York
No. 31-4672706
Qualified in Queens County
Commission Expires May 31, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

HERMANN BUSS KG MS "ELBE TRADER"        :
GMBH & CO.,                             :
                                        :          08-CV-5309 (GBD)
                   Plaintiff,           :
                                        :     **AFFIDAVIT OF LILI F. BENEDA
        - against -                     :      IN SUPPORT OF MOTION TO
                                        :     ADMIT COUNSEL PRO HAC VICE**
T.S. LINES LTD.,                        :
                                        :
                   Defendant.           :
------------------------------------------------------------x

State of New York       §
                        §
County of New York      §

LILI F. BENEDA, being duly sworn, deposes and says as follows:

1.    I am an associate with Condon & Forsyth LLP, counsel for Plaintiff Hermann
      Buss KG MS "ELBE TRADER" GmbH & Co. ("Hermann Buss") in the
      above captioned action.  I am familiar with the proceedings in this case.  I
      make this statement based on my personal knowledge of the facts set forth
      herein and in support of Plaintiff Hermann Buss' motion to admit Michael J.
      Nicaud as counsel *pro hac vice* to represent Plaintiff Hermann Buss in this
      matter.

2.    I am a member in good standing of the bar of the State of New York and was
      admitted to practice law in 2005.  I am also admitted to the bar of the United
      States District Court for the Southern District of New York, and am in good
      standing with this Court.

3.    I have known Michael J. Nicaud since approximately 2001.

4.    Mr. Nicaud is an associate at Galloway, Johnson, Tompkins, Burr & Smith.

5.    I have found Mr. Nicaud to be a skilled attorney and a person of integrity.  He
      is experienced in federal practice and is familiar with the Federal Rules of
      Civil Procedure.

6.    Attached hereto as Exhibit A is a Certificate from the Louisiana Supreme
      Court which has been issued within thirty days of this motion, and which
      states that Michael J. Nicaud is a member in good standing of the Louisiana
      State Bar.

7.    Accordingly, I am pleased to move the admission of Michael J. Nicaud, *pro hac vice*.

8.    I respectfully submit a proposed order granting the admission of Michael J. Nicaud, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Michael J. Nicaud, *proc hac vice*, to represent Hermann Buss in the above captioned matter, be granted.

_____
Lili F. Beneda

Subscribed and sworn to before me
this 17th day of June, 2008.

_____
Notary Public

MARY ANN ROONEY
NOTARY PUBLIC, State of New York
No. 31-4672706
Qualified in Queens County
Commission Expires May 31, 2010

# EXHIBIT "A"

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

## MICHAEL J. NICAUD, JR., ESQ., #29365

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 15th Day of October, 2004 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 21st Day of May, 2008, A.D.

Clerk of Court
Supreme Court of Louisiana

# EXHIBIT "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
HERMANN BUSS KG MS "ELBE TRADER"          :
GMBH
                                   :          08-CV-5309 (GBD)
                 Plaintiff,          :
                                   :          **ORDER FOR ADMISSION PRO**
   - against -          :          **HAC VICE ON WRITTEN**
                                   :          **<u>MOTION</u>**
T.S. LINES LTD.          :
                                   :
                 Defendant.          :
-----------------------------------------------------------x

Upon the motion of LILI F. BENEDA, attorney for Plaintiff Hermann Buss KG MS

"ELBE TRADER" GmbH & Co. ("Hermann Buss"), and said sponsor attorney's affidavit in

support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Michael J. Nicaud |
| Firm Name: | Galloway, Johnson, Tompkins, Burr & Smith |
| Address: | One Shell Square, 701 Poydras Street, 40th Floor |
| City/State/Zip: | New Orleans, Louisiana 70139 |
| Phone Number: | (504) 525-6802 |
| Fax Number: | (504) 525-2456 |

is admitted to practice *pro hac vice* as counsel for Plaintiff Hermann Buss in the above captioned

case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF)

system, counsel shall immediately apply for an ECF password at <u>nysd.uscourts.gov.</u>  Counsel has

forwarded the *pro hac vice* fee to the Clerk of the Court.

Dated:   June ___, 2008
          New York, New York

                                 _____

                                 Hon. George B. Daniels
                                 United States District Judge

**AFFIDAVIT OF SERVICE BY MAIL, E-MAIL AND FACSIMILE**

STATE OF NEW YORK    )
                           ) ss:
COUNTY OF NEW YORK  )

       Elizabeth Torres, being duly sworn, deposes and says that deponent is not a party to the

action, is over 18 years of age and resides in Hopewell Junction, New York.  That on the 17th day of

June, 2008 deponent served the within **AFFIDAVIT OF LILI F. BENEDA IN SUPPORT OF**

**MOTION TO ADMIT MICHAEL J. NICAUD PRO HAC VICE** upon:

Jason Waguespack, Esq.
Michael J. Nicaud, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Fl.
New Orleans, Louisiana 70139
Attorneys for Plaintiff
*HERMANN BUSS*
*KG MS "ELBE TRADER" GMBH & CO.*
Tel:  504-525-6802
Fax:  504-525-2456
E-mail:  jwaguespack@gjtbs.com &
mnicaud@gjtbs.com

at the addresses designated by said attorneys for that purpose by depositing same enclosed in a

postpaid properly addressed wrapper, in an official depository under the exclusive care and custody

of the United States Post Office Department within the State of New York; as well as transmitting

the papers via facsimile/e-mail to the facsimile/e-mail above.

Elizabeth Torres

Sworn to before me this
17th day of June, 2008

Notary Public

MARY ANN ROONEY
NOTARY PUBLIC, State of New York
No. 31-4672706
Qualified in Queens County
Commission Expires May 31, 2010

## AFFIDAVIT OF SERVICE VIA REGULAR MAIL

STATE OF NEW YORK          )
                                              ) ss:
COUNTY OF NEW YORK    )

Elizabeth Torres, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Hopewell Junction, New York. That on the 17th day of June, 2008 deponent served the within **AFFIDAVIT OF LILI F. BENEDA IN SUPPORT OF MOTION TO ADMIT MICHAEL J. NICAUD PRO HAC VICE** upon:

T.S. Lines Ltd.
Room 1111, 11/F
Cosco Tower
Grand Millennium Plaza
183 Queen's Road
Central, Hong Kong

at the addresses designated by said attorneys for that purpose by depositing same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

Elizabeth Torres

Sworn to before me this
17th day of June, 2008

Notary Public

MARY ANN ROONEY
NOTARY PUBLIC, State of New York
No. 31-4672706
Qualified in Queens County
Commission Expires May 31, 2010

## AFFIDAVIT OF SERVICE BY MAIL, E-MAIL AND FACSIMILE

STATE OF NEW YORK    )
                          ) ss:
COUNTY OF NEW YORK  )

      Elizabeth Torres, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Hopewell Junction, New York. That on the 17th day of June, 2008 deponent served the within **ORDER FOR ADMISSION PRO HAC VICE OF MICHAEL J. NICAUD ON WRITTEN MOTION** upon:

Jason Waguespack, Esq.
Michael J. Nicaud, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Fl.
New Orleans, Louisiana 70139
Attorneys for Plaintiff
*HERMANN BUSS*
*KG MS "ELBE TRADER" GMBH & CO.*
Tel: 504-525-6802
Fax: 504-525-2456
E-mail: jwaguespack@gjtbs.com &
mnicaud@gjtbs.com

at the addresses designated by said attorneys for that purpose by depositing same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York; as well as transmitting the papers via facsimile/e-mail to the facsimile/e-mail above.

Elizabeth Torres

Sworn to before me this
17th day of June, 2008

Notary Public

MARY ANN ROONEY
NOTARY PUBLIC, State of New York
No. 31-4672706
Qualified in Queens County
Commission Expires May 31, 2010

## AFFIDAVIT OF SERVICE VIA REGULAR MAIL

STATE OF NEW YORK    )
                         ) ss:
COUNTY OF NEW YORK  )

Elizabeth Torres, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Hopewell Junction, New York. That on the 17th day of June, 2008 deponent served the within **ORDER FOR ADMISSION PRO HAC VICE OF MICHAEL J. NICAUD ON WRITTEN MOTION** upon:

T.S. Lines Ltd.
Room 1111, 11/F
Cosco Tower
Grand Millennium Plaza
183 Queen's Road
Central, Hong Kong

at the addresses designated by said attorneys for that purpose by depositing same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

Elizabeth Torres

Sworn to before me this
17th day of June, 2008

Notary Public

MARY ANN ROONEY
NOTARY PUBLIC, State of New York
No. 31-4672706
Qualified in Queens County
Commission Expires May 31, 2010