UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HERMANN BUSS KG MS "ELBE TRADER"
GMBH

              Plaintiff,

  - against -

T.S. LINES LTD.

             Defendant.
------------------------------------------------------------x

08-CV-5309 (GBD)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of LILI F. BENEDA, attorney for Plaintiff Hermann Buss KG MS "ELBE TRADER" GmbH & Co. ("Hermann Buss"), and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Michael J. Nicaud |
| Firm Name: | Galloway, Johnson, Tompkins, Burr & Smith |
| Address: | One Shell Square, 701 Poydras Street, 40th Floor |
| City/State/Zip: | New Orleans, Louisiana 70139 |
| Phone Number: | (504) 525-6802 |
| Fax Number: | (504) 525-2456 |

is admitted to practice *pro hac vice* as counsel for Plaintiff Hermann Buss in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel has forwarded the *pro hac vice* fee to the Clerk of the Court.

Dated: June ___, 2008
      New York, New York
      **JUN 1 8 2008**

Hon. George B. Daniels
United **HON. GEORGE B. DANIELS**