UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HERMAN BUSS KG MS
"ELBE TRADER" GMBH & CO.

                           Plaintiff,                  **08-CV-5309 (GBD)**

- against -                         **EX PARTE MOTION TO DISMISS**

T.S. LINES LTD.

                           Defendant
------------------------------------------------------------X

NOW INTO COURT, through undersigned counsel, comes Plaintiff, HERMAN BUSS KG MS "ELBE TRADER" GMBH & CO. ("HERMAN BUSS"), and upon representing to this Honorable Court that the above-captioned civil action has been settled, adjusted and compromised in full and that HERMAN BUSS desires to dismiss without prejudice its claims against defendant, T.S. LINES LTD., each party to bear its own costs.

Plaintiff, HERMAN BUSS, respectfully moves this Honorable Court for the entry of an Order dismissing all claims against defendant, T.S. LINES LTD., without prejudice, each party to bear its own costs and attorneys' fees.

Dated: New York, New York
       August 19, 2008

                                              */s     Jason P. Waguespack*
                                              Jason P. Waguespack (La. Bar No. 21123)
                                              *Admitted pro hac vice*
                                              Michael J. Nicaud (La. Bar No. 29365)
                                              *Admitted pro hac vice*
                                              GALLOWAY, JOHNSON, TOMPKINS,
                                              BURR & SMITH
                                              701 Poydras Street, 40th Floor
                                              New Orleans, Louisiana 70139
                                              Telephone: (504) 525-6802
                                              Facsimile: (504) 525-2456

Lili F. Beneda (LB 1879)
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, New York 10036
Telephone: (212) 894-6778
Facsimile: (212) 597-6721
COUNSEL FOR BELUGA CHARTERING GMBH

## CERTIFICATE OF SERVICE

I do hereby certify that on August 19, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

/s/ *Jason P. Waguespack*
JASON P. WAGUESPACK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HERMAN BUSS KG MS
"ELBE TRADER" GMBH & CO.

         Plaintiff,    **08-CV-5309 (GBD)**

 - against -        **ORDER OF DISMISSAL**
               **WITHOUT PREJUDICE**
T.S. LINES LTD.

         Defendant
-------------------------------------------------------------X

  An application having been made by counsel for Plaintiff for an Order Dismissing Defendant Without Prejudice,

  NOW, good cause having been shown, it is hereby

  ORDERED that the above entitled and numbered cause and all claims asserted therein be DISMISSED WITHOUT PREJUDICE, each party bearing its own costs and attorneys' fees.

Dated: New York, New York
   August ___, 2008

                  _____
                  **UNITED STATES DISTRICT JUDGE**